Saulo Santiago, Esq.
Counsel for Petitioner
National Labor Relations Board
Region 22
20 Washington Place, 5th Floor
Newark, New Jersey 07102
(973) 645-3319
SXS - 7969

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY T. KENDELLEN,               : <br> Regional Director of Region 22    : <br> Of the National Labor Relations Board,   : <br> For and on behalf of the             : <br> National Labor Relations Board,     : <br>                       : <br>            Petitioner,     : <br>                       : <br>    v.                   : <br>                       : <br> INTERSTATE WASTE SERVICES OF   : <br> NEW JERSEY, INC.            : <br>                       : <br>            Respondent.    : | Civil No. 06-5694 (SRC) |

## MOTION TO WITHDRAW PETITION
## FOR INJUNCTIVE RELIEF

On November 29, 2006, the Regional Director of Region 22 petitioned for interim injunctive relief under Section 10(j) of the National Labor Relations Act seeking an interim injunctive order directing Interstate Waste Services of New Jersey (herein "Respondent") to bargain with International Brotherhood of Teamsters, Local 945 (herein "the Union") as the representative of Respondent's Jersey City employees pending the final disposition of the unfair labor practice matter pending before the Board in Case 22-

CA-27248.  By Decision and Order dated January 11, 2007, District Court Judge Stanley R. Chesler denied the petition for temporary injunctive relief.

As a result of a settlement agreement in the underlying unfair labor practice proceedings, the parties have fully resolved the issues raised by the Petition for interim injunctive relief.  Pursuant to Rule 41.1(a), Counsel for Petitioner moves to withdraw the instant petition as it appears that further proceedings in this matter are unwarranted and unnecessary.  Counsel for Respondent does not oppose this motion.

Dated at Newark, New Jersey this 20th day of September, 2007.

Respectfully submitted,

Saulo Santiago, Esq.
Counsel for Petitioner

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing Petitioner's Motion To Withdraw Petition for Injunctive Relief has been duly served by certified mail upon:

Patrick Stanton, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07470

Michael McLaughlin, Esq.
Cohen, Leder, Montalbano & Grossman
1700 Galloping Hill Road
Kenilworth, New Jersey 07033

Saulo Santiago
Counsel for Petitioner

Dated: September 20, 2007